IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | MISC. NO.C-07-64 |
| | § | |
| HERMALINDA PENA REYNA | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your Documents (D.E. Nos. 34, 35, 36, 37 and 38)    ; however, such documents are deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete. (LR10.1)

4. ___ No certificate of service, or explanation why service is not required. (LR5.4)

5. ___ No statement re conference w/opposing counsel. (LR7.1.D)

6. ___ Separate proposed order not attached. (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6.

8. _X_ Other:  No pending case.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated:  October 12, 2007.

_____
Janis Graham Jack
United States District Judge